UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR HOUSING
CENTER, INC.,

    Plaintiff,                                         Case No. 3:23-cv-171

vs.

CLOVER GROUP, INC., *et al.*,                    District Judge Michael J. Newman
                                                                        Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER; (2) ORDERING THE PARTIES TO FILE THEIR FED. R. CIV. P. 26(f) REPORT ON OR BEFORE OCTOBER 4, 2023; AND (3) ORDERING THE PARTIES TO MAKE INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1) ON OR BEFORE SEPTEMBER 27, 2023**

---

Pursuant to Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26(f), the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court on or before **October 4, 2023**. Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case **by September 27, 2023** and should not be filed with the Court unless submitted in support of a motion.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant to Rule 16(f) and Rule 37(b)(2)(A). After the parties file their Rule 26(f) report, the Court intends to put on a scheduling order and to formally refer this matter to the United States Magistrate Judge.

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

**IT IS SO ORDERED.**

August 30, 2023                           s/Michael J. Newman
                                          Hon. Michael J. Newman
                                          United States District Judge