UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR
HOUSING CENTER, INC.,

      Plaintiff,                           Case No. 3:23-cv-171

vs.

CLOVER GROUP, INC., *et al.*,         District Judge Michael J. Newman
                                         Magistrate Judge Peter B. Silvain, Jr.

      Defendants.

---

### ORDER: (1) CONDITIONALLY DISMISSING CASE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET

---

Pursuant to the parties' settlement and Fed. R. Civ. P. 41, this case is **CONDITIONALLY DISMISSED WITH PREJUDICE**, and **TERMINATED** on the docket provided that either party may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

      **IT IS SO ORDERED.**

October 4, 2024                         s/*Michael J. Newman*
                                         Hon. Michael J. Newman
                                         United States District Judge