# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MIAMI VALLEY FAIR HOUSING CENTER, INC. | : | Case No. 3:23-cv-00171 |
| Plaintiff, | : | Judge Michael J. Newman |
| vs. | : | Magistrate Peter B. Silvain, Jr. |
| CLOVER GROUP, INC., et al. | : | JOINT STIPULATION OF DISMISSAL |
| Defendants. | : | |

Now come Plaintiffs and Defendants (the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of the above-captioned action with prejudice.

Respectfully submitted,

/s/ C. Jacob Davis

C. Jacob Davis, Esq. (#0101745)
Nalls Davis | Attorneys at Law
33 White Allen Avenue
Dayton, Ohio 45405
Office: (937) 813-3003
Email: Jacob.Davis@nallslaw.com
*Attorney for Plaintiff*

/s/ Kent Hushion

Patrick Kasson (0055570)
Kent Hushion (009979)
REMINGER CO., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Tel: (614) 228-1311 | Fax: (614) 232-2410
Email: pkasson@reminger.com
khushion@reminger.com
*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing legal papers are being filed by utilizing the Court's electronic filing system. The Court's e-filing system will generate a notice and all parties, and their counsel can access the filing on PACER.

Respectfully,

/s/ C. Jacob Davis

C. Jacob Davis (#0101745)
Attorney for Plaintiff